| | |
|---|---|
| 1 | ERIC D. HOUSER (SBN 130079) |
| 2 | JOSHUA MINO (SBN 246760) |
|   | HOUSER & ALLISON, APC |
| 3 | 9970 Research Drive |
| 4 | Irvine, California 92618 |
|   | Telephone: (949) 679-1111 |
| 5 | Facsimile: (949) 679-1112 |
| 6 | Email: jmino@houser-law.com |
| 7 | Attorneys for Defendants, |
| 8 | Bayview Loan Servicing, LLC and M&T Bank |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL G. DAVIDSON, an individual, | Case No.: 8:15-cv-02002-JLS-JCG |
| Plaintiff, | Hon. Josephine L. Staton |
| vs. | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| MANUFACTURERS and TRADERS TRUST COMPANY, d/b/a M&T Bank, a New York Corporation; and BAYVIEW LOAN SERVICING LLC, a Delaware Limited Liability Corporation, | |
| Defendants. | Complaint served: 12/4/15<br>Current response date: 12/28/15<br>New response date: 01/11/16 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN**

This Stipulation is made by and between Plaintiff Michael Davidson ("Plaintiff") and Defendants Bayview Loan Servicing, LLC and M&T Bank ("Defendants") by and through their respective counsel of record. Plaintiff and Defendants agree and stipulate as follows:

STIPULATION TO EXTEND TIME TO RESPOND

1

1. On December 1, 2015, Plaintiff filed a Complaint entitled *Michael G. Davidson v. M&T Bank et al.* in the United States District Court, Central District of California – Southern Division, bearing Case No. 8:15-cv-02002 ("the Action").

2. On December 4, 2015, Plaintiff Served M&T Bank the complaint for the Action.

3. Defendants recently retained Houser & Allison, APC to represent them in the Action and counsel needs additional time to obtain the clients' files to prepare the response.

4. The parties agreed to a 14-day extension of time for Defendants to respond to the Complaint, to and including January 11, 2016.

WHEREFORE, Plaintiff and Defendants agree and stipulate that Defendants shall have up to and including January 11, 2016 to respond to the Complaint.

Dated: December 28, 2015                    HOUSER & ALLISON, APC

　
　/s/ Joshua R. Mino
Eric D. Houser
Joshua R. Mino
Attorneys for Defendants,
Bayview Loan Servicing, LLC and
M&T Bank

Dated: December 28, 2015                    MANNING LAW OFFICE, APC

Phillip Bao Nghiem
Attorneys for Plaintiff,
Michael Davidson